## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | : |
| | :CHAPTER 13 |
| MICHAEL J. CIACH | : |
| | : |
| xxx-xx-8354 | :CASE NO. 25-11899-DJB |
| Debtor. | : |
| | : |
| | : |
| Athene Annuity and Life Company | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| MICHAEL J. CIACH | : |
| | : |
| Debtor, | :Courtroom #2 |
| And | : |
| | : |
| KENNETH E. WEST | : |
| | :Hearing Date:  October 9, 2025 at 11:00 a.m. |
| Trustee, | : |
| | : |
| Respondents. | : |
| | : |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY; PROVIDING PROSPECTIVE/*IN REM* RELIEF FROM STAY AS TO DEBTOR AND/OR ANY OTHER INDIVIDUAL OR ENTITY CLAIMING AN INTEREST IN THE SUBJECT PROPERTY; WAIVING THE 14-DAY REQUIREMENT OF RULE 4001 (a)(3);AND IF CASE HAS BEEN DISMISSED AND/OR CLOSED, TO REINSTATE AND/OR REOPEN CASE FOR PURPOSES OF ADJUDICATING THIS MOTION AS TO REAL PROPERTY KNOWN AS 3430 11th STREET, BROOKHAVEN, PENNSYLVANIA 19015**

THIS matter being opened to the Court by secured creditor, Athene Annuity and Life Company, (hereinafter "Movant"), by and through its counsel Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, upon the filing of a motion requesting relief from stay as to real property, more commonly known as 3430 11th STREET, BROOKHAVEN,

PENNSYLVANIA 19015; and Brad J. Sadek of the Sadek Law Offices, LLC having filed an answer thereto on behalf of Debtor; and it appearing that the parties have amicably resolved their differences and for good cause shown; is hereby stipulated:

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is currently due for the June 1, 2025 through October 1, 2025 post-petition monthly mortgage payments (5 months at $1179.63 each) for a total of $5898.15.

3. Debtors shall reimburse Movant for attorney fees totaling $1,350.00 in prosecuting this motion for relief application.

4. The aforesaid sums in Paragraphs 2 and 3 herein total $7,248.15.  This amount of $7,248.15 shall be rolled into Debtor's Chapter 13 Plan as a secured claim and shall be paid to Movant over the remaining term of Debtor's plan.

5. The Trustee shall adjust his records to reflect the increased amount due to Movant pursuant to this order and pay said increased claim to Movant in normal course.

6. Movant shall file a proof of claim for the above amount shown in Paragraph 4 herein within (30) days from the entry of this Order.

7. Debtor shall file an amended plan to incorporate the above amount shown in Paragraph 4 herein within (21) days from the entry of this Order.

8. Commencing with the November 1, 2025 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

9.      The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10.     If any of the regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late or any payment required herein, Movant may send Debtor a written notice of default of this Stipulation.  If the default is not cured within fifteen (15) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

11.     Notwithstanding any of the foregoing, in the event this case is dismissed or converted to a chapter 7 proceeding or in the event Movant obtains stay relief, any future bankruptcy filing by Debtor and/or any other individual or entity claiming an interest of any kind whatsoever in the aforesaid realty shall not operate to stay any future State Law foreclosure proceedings of Movant, and/or its successors and/or assigns, without written application to and further express order of this Court, with notice of such application to be provided to Emmanuel J. Argentieri, Esquire, attorney for Movant.

12.     Movant shall serve, via regular U.S. Mail, a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

***The undersigned hereby consent to the form and entry of the within order.***


/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Secured Creditor                    Date:  November 5, 2025

/S/BRAD J. SADEK
Brad J. Sadek, Esquire
Attorney for Debtor                                    Date:  November 8, 2025

No Objection – Without Prejudice to Any
Trustee Rights or Remedies

/s/ LeeAne O. Huggins
LeeAne O. Huggins. Esquire
On behalf of Kenneth E. West
Chapter 13 Trustee                                    Date:  November 12, 2025

*(Page 4 of 4)*