

| MICHAEL J. CIACH | Court of Common Pleas |
| v. | Philadelphia County |
| PETER JAMES BRUNO, et al. | December Term, 2023 |
| | No. 1575 |

## STIPULATION and SETTLEMENT AGREEMENT

This Stipulation and Settlement Agreement ("Agreement") is made and entered into by and among the following parties:

"Plaintiff"        Michael J. Ciach

"Defendant"        Peter James Bruno

### RECITALS

1. The underlying incident occurred on December 29, 2021, when Defendant assaulted Plaintiff on the premises of Marty Magees in Prospect Park, PA.

2. Defendant was arrested, charged, and pled guilty to Aggravated Assault - Attempts to cause or causes bodily injury with a deadly weapon.

3. Plaintiff filed a Complaint against the Defendant, *inter alia*, in the Court of Common Pleas, Philadelphia County, Commonwealth of Pennsylvania, Docket No. 231201575.

4. Plaintiff sought compensatory and punitive damages in his Complaint against the Defendant.

5. It is hereby stipulated among the parties as to the following:

    5.1    A compensatory judgment in the amount of Five Hundred Thousand Dollars ($500,000) has been agreed upon by the parties for Plaintiff's claim for compensatory damages as a result of Defendant's conviction.

5.2   Said judgment shall be executable against any assets, equity, cash, bonds, pension, investments, annuity, structure, or other items of value owned by Defendant, in Defendant's name, in trust for Defendant, part of Defendant's estate, or assigned by Defendant, (collectively "Assets") any time said Assets have a cumulative net worth of Seventy Five Thousand Dollars ($75,000) or more.

5.3   Plaintiff hereby agrees that there will be no attempts in the future to garnish Defendant's wages.

5.4   The judgment is predicated on the criminal conviction outlined above, and is intended by the parties and by the Defendant to be non-dischargeable pursuant to *11 U.S.C. §523(a)(6)*; as such said judgment shall not be affected by any future bankruptcy proceedings and shall survive any petitions for bankruptcy made by Defendant.

5.5   An examination and evaluation of Defendant's Assets, including Defendant's bank, checking, savings, and brokerage accounts, shall occur at reasonable intervals, or when Plaintiff's counsel deems necessary. Discovery in aide of evaluation and/or execution shall occur as reasonably necessary and as permitted by the rules and law governing said issues.

Executed this 29th day of October, 2025.

_____
MICHAEL J. CIACH


_____

KEN FULGINITI, COUNSEL FOR PLAINTIFF



Executed this           day of                                      , 2025.

_____

PETER JAMES BRUNO




_____

TOM PFENDER, COUNSEL FOR DEFENDANT

3