**EXHIBIT C**

**MICHAEL CIACH**
**Distribution Sheet**

| | | |
|---|---|---:|
| Gross Recovery | $ | 100,000.00 |
| Gross Counsel Fee (38% net) | $ | 22,413.37 |
| DF Costs | $ | 2,539.63 |
| FL Costs | $ | 38,477.83 |
| **NET RECOVERY** | **$** | **36,569.17** |

**Counsel Fees:**

| | | | |
|---|---|---|---:|
| 1. | Donaghue & Labrum (1/3 referral) | $ | 7,471.12 |
| 2. | Fulginiti Law (95% per agreement) | $ | 14,195.14 |
| 3. | The Duffy Firm (5% per agreement) | $ | 747.11 |

**Checks to Issue from FL PA IOLTA:**

| | | | |
|---|---|---|---:|
| 1. | Fulginiti Law | $ | 52,672.97 |
| 2. | Donaghue & Labrum | $ | 7,471.12 |
| 3. | The Duffy Firm | $ | 3,286.74 |
| 4. | Equian | $ | 1,782.69 |
| 5. | Norwood EMS | $ | 1,481.09 |
| 6. | Michael Ciach | $ | 33,305.39 |
| | **TOTAL** | **$** | **100,000.00** |