# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

Michael J. Ciach,

Debtor.

Case No. 25-11899-djb

Chapter 13

## Order Approving Settlement of Personal Injury Claim, Execution of Release, and Disbursement of Funds

**AND NOW**, upon consideration of the *Verified Motion to Approve Compromise and Settlement of Personal Injury Claim, Authorize Execution of Release, and Approve Disbursement of Funds* filed by Debtor Michael J. Ciach, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is authorized to execute the settlement agreement filed at Docket No. 46-1.

3. The Debtor is authorized to execute the release filed at Docket No. 46-2.

4. The Debtor's personal injury attorney is authorized to distribute settlement funds consistent with the distribution schedule filed at Docket No. 46-3.

Date:

_____
Derek J. Baker
U.S. Bankruptcy Judge