# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Michael J. Ciach,

             Debtor.

Case No. 25-11899-djb

Chapter 13

## Order Authorizing Employment
## of Fulginiti Law as Debtor's Personal Injury Lawyer

**AND NOW**, upon consideration of the *Debtor's Application to Employ Fulginiti Law as Personal Injury Attorney*, the Court finds that:

A.    Employment of Fulginiti Law as the Debtor's personal injury lawyer is necessary and is in the best interest of the Debtor.

B.    Fulginiti Law represents no interest adverse to the estate with respect to matters as to which it is to be engaged.

C.    Fulginiti Law is disinterested under 11 U.S.C. §§ 101 and 327.

D.    The Debtor has certified that proper service has been made and that there has been no response filed.

For those reasons, and for other good cause shown, it is hereby **ORDERED** that:

1.    The Application is **GRANTED**.

2.    The Debtor is hereby authorized to employ Fulginiti Law pursuant to the terms set forth in the Application.

Date: **December 29, 2025**

_____
Derek J. Baker
U.S. Bankruptcy Judge