United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J Ciach  
    Debtor

Case No. 25-11899-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1  
Date Rcvd: Dec 29, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

**Recip ID**      **Recipient Name and Address**  
db      + Michael J Ciach, 3430 11th Street, Brookhaven, PA 19015-2645

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK  
     on behalf of Debtor Michael J Ciach brad@sadeklaw.com  
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

EMMANUEL J. ARGENTIERI  
     on behalf of Creditor Athene Annuity and Life Company bk@rgalegal.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee  
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                              Case No. 25-11899-djb

    Michael J. Ciach,                            Chapter 13

                    Debtor.

### Order Authorizing Employment
### of Fulginiti Law as Debtor's Personal Injury Lawyer

**AND NOW**, upon consideration of the *Debtor's Application to Employ Fulginiti Law as Personal Injury Attorney*, the Court finds that:

A. Employment of Fulginiti Law as the Debtor's personal injury lawyer is necessary and is in the best interest of the Debtor.

B. Fulginiti Law represents no interest adverse to the estate with respect to matters as to which it is to be engaged.

C. Fulginiti Law is disinterested under 11 U.S.C. §§ 101 and 327.

D. The Debtor has certified that proper service has been made and that there has been no response filed.

For those reasons, and for other good cause shown, it is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. The Debtor is hereby authorized to employ Fulginiti Law pursuant to the terms set forth in the Application.

Date: **December 29, 2025**

Derek J. Baker
U.S. Bankruptcy Judge